

# NUMBER 13-19-00653-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

THE STATE OF TEXAS,                                                        Appellant,

v.

SAMUEL MORENO,                                                             Appellee.

### On appeal from the 94th District Court
### of Nueces County, Texas.

# ORDER TO ABATE

### Before Justices Benavides, Hinojosa, and Tijerina
### Order Per Curiam

The State perfected an appeal from an order granting a motion to suppress entered by the 94th District Court of Nueces County, Texas, in cause number 18FC-1375C. Now before the Court is State's motion to remand to the trial court for findings of fact and conclusions of law.

On December 13, 2019, the trial court issued an order granting a motion to suppress. On December 18, 2019, the State filed a timely request for findings of fact and conclusions of law. The current record contains no findings of fact and conclusions of law in support of the trial court's decision to grant the appellee's motion to suppress.

Upon the request of the losing party on a motion to suppress, the trial court must make findings of fact and conclusions of law adequate to provide an appellate court with a basis upon which to review the trial court's application of the law to the facts. *State v. Cullen*, 195 S.W.3d 696, 699 (Tex. Crim. App. 2006). If the trial court does not enter the findings of fact and conclusions of law within twenty days from its ruling on the motion to suppress, the intermediate appellate court must exercise its authority, under Texas Rule of Appellate Procedure 44.4, and remand the case to the trial court and order the trial court to enter findings of fact and conclusions of law. TEX. R. APP. PROC. 44.4; *Cullen*, 195 S.W.3d at 698-700.

The Court, having considered the documents on file and the State's motion, is of the opinion that the motion should be granted. Accordingly, we GRANT counsel's motion to abate the present appeal. *See* TEX. R. APP. P. 44.4.

This appeal is ABATED, and the cause REMANDED to the trial court. Upon remand, the trial court is instructed to make and file findings of fact and conclusions of law consistent with the holding in *Cullen*. A supplemental record containing these findings of fact and conclusions of law should be included in a supplemental clerk's record which should be submitted to the Clerk of this Court within thirty days from the date of this order.

IT IS SO ORDERED.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
20th day of February, 2020.

3